UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



JORGE LUIS BENITEZ-FLORES

V.                              CASE NO.:1:-CR-00201-1

UNITED STATES OF AMERICA


MOTION FOR RESETTLEMENT AND/OR CLARIFICATION
***** ***** ***** ***** *****

Comes Now, the petitioner in the above named caption in pro se capacity and in necessity, seeking to have this honorable court grant him the relief requested above.

The reason for this request is to clarify in the judgement the courts intent as it relates to the statutory language described by the court to the petitioner at the time of sentencing.

The petitioner avers that the court at the time of sentencing notified him that the law prevented his sentences from being concurrent and required that they be consecutive sentences.

While the petioner is aware that the court has acknowledged this the petitioner would ask that this language be

placed into the sentencing judgement so that the Federal BOP is aware that the petitioner was sentenced to two seperate sentences that requires the BOP to assess separately prior to the aggregation of his sentences.

The petitioner would like to express that he is not challenging his sentence in any way but that he is simply asking the court to provide notice to the BOP of the mandate by congress that these are two separate sentences that are seperate and apart at the time the sentencing court sentenced the defendant.

The petitioner is not requesting that the court provide a new order in which it directs the BOP but simply provide notice to and acknowledge to the BOP the required language of the statute as this would provide clear notice of the manner in which the sentences were imposed to protect any due process rights in the calculation of his potential credits that the petioner has prior to the BOP's administrative duty of aggregating his sentences.

The petitioner avers that without such notice the BOP is unable to interpret the law as this is the duty of the Judicial branch and would intrude potentially upon the separation of powers and therefore the court has a duty to ensure that the BOP is aware of the manner in which the law expresses that the petitioners sentence is to be evaluated.

The petitioner further avers that without the court providing such notice in the judgement it would prejudice him because the BOP in evaluating him prior to the aggregation of his sentence would not have a full understanding of the sentences that were imposed upon him.

The petitioner further avers that he would be further prejudiced because it is not clear that any habeas court should the petitioner wish to challange the manner in which his sentence was being carried out would have been provided sufficient notice of the mandatory manner in which his sentence was to be evaluated prior to the aggregation of his sentencing.

Therefore the petioner request that this honorable court would grant him this request by resettling and/or clarifying in the judgement the intent of the court as mandated by congress that these two sentences are to be viewed as consecutive sentences and that the BOP should evaluate these sentences for purposes of statutory rights and privleges prior to the aggregation of the term to ensure a complete calculation for administrative purposes.

The petitioner avers that this in no way prejudices the government at all and that it ensures that the rights of the defendant are carried out in a manner consistent with any and all statutory law.

For these reasons the petitioner request that his motion

be granted and that any other relief the court deems necessary and appropriate be granted in addition to the requested relief.

Dated this 8th day of February, 2024.

RESPECTFULLY SUBMITTED,

/s/ *Jorge Benitez*
Jorge Luis Benitez-Flores

DECLARARTION OF TRUTH

Jorge Luis Benitez-Flores states the following:

1. I am the individual named above.

2. It is my belief that I am currently being prejudiced by the Federal BOP not being given notice of the manner in which congress intended and the court intended that my sentence be evaluated and carried out.

3. It is my belief that the notice given to me by this honorable court was that these were considered two separate sentences and this was the language in which the plea agreement was established and the manner in which the sentencing court explained that my sentences would be carried out.

4. It is my belief that with the courts clarification that the BOP would have due notice of the manner in which my sentence is to be calculated prior to aggregating the sentences for the "administrative" purpose required by law.

5. It is my belief that the clarification of the judgement and the statutory requirement ofboth rights and penalties included in my sentence should be available to me if the court ensures that due notice is given to the BOP.

6. I make this request as a manner to clarify my sentence and have in no way intend the purpose of this motion to attack the manner in which my sentence is being carried out at this time.

***** ***** ***** ***** *****

I Jorge Luis Benitez-Flores , do declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing has been read by me and is true and correct to the best of my knowledge and belief. Dated this 8th day of February , 2024.

/s/ *Jorge Benitez*

Jorge Luis Benitez-Flores
FCI Fort Dix
P.O. BOX 2000
Joint Base MDL, NJ 08640-0902